UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Saim Sarwar, Individually,

    Plaintiff,

v.                                                                  Case # 7:21-cv-9016

Swami, LLC, Individually,

    Defendant.
_____/

**MEMO ENDORSED**

NOTICE OF DISMISSAL WITHOUT PREJUDICE [FRCP 21]

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 21 that this action is dismissed without prejudice as to all claims, causes of action against Swami, LLC.

Dated: March 7, 2022

*/s/ Tristan W. Gillespie, Esq.*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
600 Blakenham Ct.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF

**The Clerk of Court is respectfully directed to close this case.**

**Date: 3/8/2022**

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1